AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CONSTANCE BAXLEY

RECEIVED
By USMS-E/NC at 1:17 pm, Nov 25, 2025

**SEALED**
WARRANT FOR ARREST

CRIMINAL CASE: 7:25-CR-115-D-RN-2

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

CONSTANCE BAXLEY he/she shall be brought before the nearest Magistrate/Judge to answer an

_X_ Sealed Indictment ___ Superseding Indictment ___ Criminal Information ___ Complaint

___ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1349: Conspiracy to commit bank, mail, and wire fraud
Count 2 - 18 U.S.C. § 1956(h): Money laundering conspiracy
Counts 10, 11, 12 - 18 U.S.C. §§ 1957 and 2: Money laundering; and aiding and abetting

FILED
AUG 31 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

NOVEMBER 24, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 11/25/25 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Kristy Wiesel | NAME AND TITLE OF ARRESTING Special Agent Kristy Wiesel |
| DATE OF ARREST 8/26/26 | | |

[signature]