**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:25-CR-115-D-RN-2**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) |
| Constance Baxley, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, Nicholas Hartigan, from the law firm of Edwards Beightol, LLC, P.O. Box 6759, Raleigh, North Carolina 27628, and hereby makes an appearance for and on behalf of Defendant Constance Baxley. Undersigned counsel has been appointed to represent Defendant Constance Baxley in this matter. It is respectfully requested that all future pleadings, notices, motions, briefs, discovery and other documents be served upon the undersigned as counsel for Defendant.

This the 1st day of September, 2026.

**EDWARDS BEIGHTOL, LLC**

/s/ Nicholas Hartigan
Nicholas Hartigan
North Carolina State Bar No. 60492
P.O. Box 6759
Raleigh, NC 27628
Phone: (919) 636-5100
njh@eblaw.com

*Attorney for Defendant*
*Designation: CJA Appointment*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, I electronically filed on behalf of the Defendant the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and/or their attorneys who have appeared in this action.

David G. Beraka
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
david.beraka@usdoj.gov
Telephone: 919-856-4845

This the 1st day of September, 2026.

s/ Nicholas Hartigan
Nicholas Hartigan
North Carolina State Bar No. 60492
**EDWARDS BEIGHTOL, LLC**
P.O. Box 6759
Raleigh, NC 27628
Telephone: (919) 636-5100
njh@eblaw.com

*Attorney for Defendant*