**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:25-CR-115-D-RN-2**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Constance Baxley | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter having come before the Court by the Defendant's motion to continue the detention hearing, and for good cause shown, it is hereby ORDERED that the detention hearing shall be continued until ________________________.

It is further ordered that any delay that results from this extension is excluded from the speed trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial.

This ______ day of September, 2026

_________________________
JAMES E. GATES
United States Magistrate Judge