IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-00115-D-RN-02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM OPPOSING |
| v. | ) | DEFENDANT'S MOTION TO |
| | ) | CONTINUE DETENTION HEARING |
| CONSTANCE BAXLEY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Memorandum Opposing Defendant's "Motion to Continue Detention Hearing" filed on September 2, 2026. (D.E. 27). The Defendant's Motion asks that the Court continue the sentencing hearing to a specific day (Friday, September 4, 2026) citing unspecified "client matters." (D.E. 27 ¶ 8). The assigned Assistant United States Attorney, however, must appear in New Bern before District Judge Louise W. Flanagan on September 4, 2026 for a corporate sentencing hearing in United States v. American Distillation, Inc. (7:25-cr-00097-FL).

Defense counsel's demand that the detention hearing occur on a particular day when the assigned prosecutor is known to be unavailable is inappropriate. Defendant is dismissive of the Government's conflict, while providing no details as to the immutability of defense counsel's own conflict. Further, the Defendant asserts that

"[t]here is no reason why the detention hearing in this case cannot be covered by an AUSA other than the one currently assigned to this matter." (D.E. 27, ¶ 11). The Government vigorously disputes this assertion. The investigation and prosecution of Constance and Barrett Baxley involves a complex fraud scheme spanning years, involving numerous fraudulent identities, sustained efforts to elude discovery, and, importantly, capture. The Government also rejects Defendant's contention that the relatively recent Notice of Substitution filed by the Government illustrates the interchangeability of prosecutors. The undersigned prosecutor was assigned to the case several weeks prior to the filing of a formal substitution, as there had been no recent court activity prior to the Baxleys' arrest and thus no impetus for promptly filing such a substitution.

Undersigned counsel was prepared to proceed with this matter on the date set for the hearing by the Court. The Government should not be prejudiced by the Defendant's unpreparedness to proceed. If the Court continues the hearing, Counsel for the Government—as always—seeks to work collaboratively with the

Court and the Defendant to reasonably accommodate all parties.

Respectfully submitted, this the 2nd day of September, 2026.

W. ELLIS BOYLE
United States Attorney

BY: /s/ *David G. Beraka*
DAVID G. BERAKA
Assistant U.S. Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
(919) 856-4530
david.beraka@usdoj.gov
NC Bar No. 54090

## CERTIFICATE OF SERVICE

This is to certify that I have this 2nd day of September, 2026, served a copy of the foregoing upon the Defendant by electronic filing through cm/ecf, which will notify counsel of record of such filing:

Nicholas J. Hartigan
Edwards Beightol, LLC
P.O. Box 6759
(919) 636-5100
njh@eblaw.com

W. ELLIS BOYLE
United States Attorney

BY: /s/ *David G. Beraka*
DAVID G. BERAKA
Assistant U.S. Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
(919) 856-4530
david.beraka@usdoj.gov
NC Bar No. 54090